LOUIS HENRY PETERS, JR.
SHAMILLE ROSEMARY PETERS
159-B CUMBERLAND ROAD
BRANDON, MS 39047

CHEX SYSTEMS INC
CONSUMER RELATIONS
7805 HUDSON RD #100
SAINT PAUL, MN 55125

GREAT LAKES
BORROWER SERVICES
PO BOX 7860
MADISON, WI 53707-7860

WILLIAM W. STOVER, JR. MS
LAW OFFICES OF WES STOVER
775 EAST FORTIFICATION ST
JACKSON, MS 39202

BARCONVILLE & CONVILLE
1301 WEST PINE STREET
PO BOX 681
HATTIESBURG, MS 39403

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-

ACS
PO BOX 7051
UTICA, NY 13504

CROSSGATES RIVER OAKS
HOSPITAL
350 CROSSGATES BLVD.
BRANDON, MS 39042

IRS C/O DAVID USRY
US ATTORNEY
188 E CAPITOL ST #500
JACKSON, MS 39201

ADVANCED RECOVERY
SYSTEMS
PO BOX 3590
JACKSON, MS 39207

DIRECT LOANS
PO BOX 4609
UTICA, NY 13504

MIDLAND CREDIT
C/O GEMB
8875 AERO DRIVE
SAN DIEGO, CA 92123

AEL
595 NORTH PARK DRIVE
RIDGELAND, MS 39157

DR. WANG WOO
2610 COURTHOUSE CIRCLE
FLOWOOD, MS 39232

MISS STATE TAX COMM
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225

AES
PO BOX 2461
HARRISBURG, PA 17105-2461

EQUIFAX INFORMATION SERVICES
PO BOX 740256
ATLANTA, GA 30374

NATIONAL COLLEGIATE
TRUST
1200 N 7TH STREET
HARRISBURG, PA 17102

AL PAT
C/O CAPITAL ONE
40070 CANE ST APT 400
SLIDELL, LA 70461

EXPERIAN
PO BOX 2002
ALLEN, TX 75013

NCO FINANCIAL
C/O RIVER OAKS
605 W EDISON RD STE K
MISHAWAKA, IN 46545

BEVERLY BECHET
7830 BRIARWOOD DRIVE
NEW ORLEANS, LA 70126

GCO-ELF/GLELSI
PO BOX 7860
MADISON, WI 53707-7860

PNC BANK/GLESI
PO BOX 7860
MADISON, WI 53707

CACH LLC
C/O MARYLAND NATIONAL
370 17TH ST STE 5000
DENVER, CO 80202

GE MONEY BANK
CHEVRON
PO BOX 981400
EL PASO, TX 79998

RAB INC
C/O CITIBANK PRIVATE
PO BOX 34111
MEMPHIS, TN 38184

SALLIE MAE
1002 ARTHUR DRIVE
LYNN HAVEN, FL 32444

UNITED COLLECTION BUR.
C/O CITI MASTERCARD
PO BOX 140310

SANTANDER
PO BOX 961245
FORT WORTH, TX 76161-1245

UNIVERSITY PHYSICIANS
PO BOX 2219
JACKSON, MS 39225

SBA
801 TOM MARTIN DRIVE
BIRMINGHAM, AL 35211

US ATTORNEY/USDE
C/O DAVID USRY
188 E CAPITOL ST#500
JACKSON, MS 39201

SMITH, ROUCHON
& ASSOCIATES, INC
1456 ELLIS AVENUE
JACKSON, MS 39204-2204

US DEPT. OF EDUCATION
PO BOX 5202
GREENVILLE, TX 75403

TELECHECK
5251 WESTHEIMER
HOUSTON, TX 77056

TRANSUNION
PO BOX 1000
CRUM LYNNE, PA 19022

TRUSTMARK
NATIONAL BANK
248 E CAPITOL STREET
JACKSON, MS 39201

TRUSTMARK NATIONAL
ATTN: WILLIE ANN BROWN
248 E CAPITOL STREET
JACKSON, MS 39201

UNITED COLLECTION
5620 SOUTHWYCK BLVD.
SUITE 206
TOLEDO, OH 43614